## ROSECRANS V. EVERETT.

*Appeal from Tama Circuit Court — Thursday, February 22.*

ACTION on a promissory note. In defense, defendant pleaded that he was only surety on the note, and that he was released by extension of time of payment, for a consideration, to the principal. Judgment for plaintiff, which in this court was affirmed as being sustained by the evidence. No questions of law were discussed. DAY, J., delivering the opinion.

*Stivers & Safely* for the appellant — *Bradshaw* for the appellee

---

## TEMPLETON V. MANNY.

*Appeal from Wapello District Court — Friday, February 23.*

THIS case turned upon the weight of evidence. No questions of law that would be of interest to the profession were discussed, and the judgment of the court below, in favor of plaintiff, was affirmed as being sustained by the evidence. COLE, J., delivering the opinion.

*Edward H. Stiles* for the appellant — *S. W. Summers* for the appellee.